UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-51-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br>JAMES WAYNE COLLINS,<br>           Defendant. | **ORDER** |

This matter is before the Court on Defendant's Motion to Seal the Motions filed at D.E. 48 and 49.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Motions filed at D. E. 48 and 49, and any corresponding Exhibits, shall be sealed.

SO ORDERED.

This the 15th day of January, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge