UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-00051-1FL

**United States of America**,

v.

**James Wayne Collins**.

**Order**

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 68 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

Dated: April 1, 2016.

*/s/ Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE