UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-51-1FL

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JAMES WAYNE COLLINS,
        Defendant.

**ORDER**

This matter is before the Court on the Defendant's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Sentencing Memorandum filed at D.E. 105 shall be sealed by the Clerk.

SO ORDERED.

This the 1st day of December, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge